UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Lincoln Duncanson, | ) | Court File No. 10-CV-2300 (PAM/FLN) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Northwire, Inc., | ) | **WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

Based upon the Stipulation of the parties dated July 20, 2011, the Court hereby orders that the above-captioned litigation and all of the claims of all of the parties are hereby dismissed in their entirety with prejudice and without costs, disbursements, or attorneys' fees to any party.

IT IS SO ORDERED.

Dated: July 25, 2011                               s/Paul A. Magnuson
                                                   Paul A. Magnuson
                                                   United States District Court Judge